# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Criminal No. JFM-06-0575 |
| v. | * | Civil No. – JFM-16-1750 |
| | * | |
| VICTOR ERWIN WHITE | * | |

******

## MEMORANDUM

Victor Erwin White has filed a motion to set aside the judgment and correct his sentence pursuant to 28 U.S.C. §2255.

White's motion will be denied. The motion is based upon the court's finding that White was an armed career criminal. White contends that he no longer is an armed career criminal in light of the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015). However, White's sentence fell within the range established by the amount of drugs involved and his criminal record. Accordingly, his motion is without basis.

A separate order denying White's motion is being entered herewith.

Date: May 31, 2017

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 MAY 31 PM 3:18

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY